**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Michael and Janice Tremblay,<br><br>             Plaintiffs,<br>   v.<br><br>EOS CCA; and DOES 1-10, inclusive,<br><br>             Defendants. | :<br>:<br>:<br>:<br>:  Civil Action No.:  1:10-cv-11825<br>:<br>:<br>:<br>:<br>: |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiffs anticipate filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: March 24, 2011

                                                                        Respectfully submitted,

                                                                        PLAINTIFFS, Michael and Janice Tremblay

                                                                        /s/ Sergei Lemberg                   

                                                                        Sergei Lemberg, Esq.
                                                                        B.B.O. No.: 650671
                                                                        **LEMBERG & ASSOCIATES L.L.C.**
                                                                        1100 Summer Street, 3rd Floor
                                                                        Stamford, CT 06905
                                                                        Telephone: (203) 653-2250
                                                                        Facsimile:  (877) 795-3666
                                                                        slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 24, 2011, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                        By /s/ Sergei Lemberg

                                             Sergei Lemberg